Stacy L. Walker
WALKER & EAKES, LLC
329 F Street, Suite 200
Anchorage, AK 99501
Tel: 907-272-9255
Fax: 907-272-9256
stacy@walkereakes.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| NORMAN RAY BLAKELEY AND BARBARA SUE BLAKELEY INDIVIDUALLY AND AS OWNERS OF THE UNNAMED VESSEL NUMBER AK-0725-J, <br><br> Plaintiffs-in-Limitation, <br><br> v. <br><br> RUSSELL RAY MAYNARD AS INDEPENDENT ADMINISTRATOR FOR THE ESTATE OF DAVID DEAN MAYNARD, JR.; ZELDON HUCKABY AS THE INDEPENDENT ADMINISTRATOR FOR THE ESTATES OF MARY ELIZABETH MAYNARD, C.B.M., and B.W.M.; WESTON GILMORE AND ALEA PERKOVICH FOR THEMSELVES AND AS NEXT FRIENDS OF G.G. AND H.G., <br><br> Defendants | Case No. 3:25-cv-00022 SLG |

**Walker & Eakes, LLC**
329 F Street, Suite 200
Anchorage, Alaska 99501
PH: (907) 272-9255
FAX: (907) 272-9256

## <u>STIPULATION TO DISMISS</u>

COME NOW plaintiffs and defendants, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(2) stipulate to the dismissal of the above-captioned case with prejudice, each side to bear its own costs and attorney fees.

<u>Blakeley v. Maynard et al.</u> Case No. 3:25-cv-00022
Stipulation to Dismiss
Page 1 of 3

Case 3:25-cv-00022-SLG    Document 24    Filed 01/30/26    Page 1 of 3

WALKER & EAKES, LLC
Attorney for Plaintiffs-in-Limitation
NORMAN & BARBARA BLAKELEY


January 30, 2026
DATE

By: /s/ Stacy L. Walker
Stacy L. Walker
Alaska Bar No. 0005014


THE CARLSON LAW FIRM
Attorney for Defendants
RUSSELL RAY MAYNARD AS
INDEPENDENT ADMINISTRATOR
FOR THE ESTATE OF DAVID DEAN
MAYNARD, JR.; ZELDON HUCKABY
AS THE INDEPENDENT
ADMINISTRATOR FOR THE ESTATES
OF MARY ELIZABETH MAYNARD,
C.B.M., and B.W.M.


January 30, 2026
DATE

By: /s/ Alycia Cole (with consent)
Alycia Cole
Alaska Bar No. 1509076


TRUEB BERNE & BEARD, LLP
Attorney for Defendants
ALEA PERKOVICH FOR
THEMSELVES AND AS NEXT
FRIENDS OF G.G. AND H.G.


January 30, 2026
DATE

By: /s/ Zachary T. Berne (with consent)
Zachary T. Berne
Alaska Bar No. 1311098

**Walker & Eakes, LLC**
329 F Street, Suite 200
Anchorage, Alaska 99501
PH: (907) 272-9255
FAX: (907) 272-9256

Blakeley v. Maynard et al. Case No. 3:25-cv-00022
Stipulation to Dismiss
Page 2 of 3
Case 3:25-cv-00022-SLG    Document 24    Filed 01/30/26    Page 2 of 3

FARLEY & GRAVES, P.C.
Attorney for Defendant
WESTON GILMORE

_____January 30, 2026_____        By: __*/s/ Cheryl L. Graves (with consent)*__
DATE                                     Cheryl L. Graves
                                         Alaska Bar No. 9711062

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 30th day of January, 2026, by:

    ___: Mail
    XX: Email – CM/ECF
    ___: Facsimile
    ___: Hand Delivery

To the following persons:

Alycia Cole
The Carlson Law Firm
2010 SW Dodgen Loop, Suite 201
Temple, TX 76504
Email:   acole@carlsonattorneys.com
         hschendel@carlsonattorneys.com

Cheryl Graves
Farley & Graves, P.C.
807-G Street, Suite 250
Anchorage, AK 99501
Email:   cgraves@farleygraves.com

Zachary T. Berne
Trueb, Berne & Beard LLP
330 L Street, Suite 101
Anchorage, AK  99501
Email:   zberne@tbmaritimegroup.com
         RFairbanks@tbmaritimegroup.com
         ltrueb@tbmaritimegroup.com

    __*/s/ Annjenette Cloud*__
WALKER & EAKES, LLC
100.1715/pld/Stipulation to Dismiss

Blakeley v. Maynard et al. Case No. 3:25-cv-00022
Stipulation to Dismiss
Page 3 of 3
Case 3:25-cv-00022-SLG    Document 24    Filed 01/30/26    Page 3 of 3

**Walker & Eakes, LLC**
329 F Street, Suite 200
Anchorage, Alaska 99501
PH: (907) 272-9255
FAX: (907) 272-9256